IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC MICHAEL FREEBURG,  No. 2:21-cv-01255-YY

    Plaintiff,  ORDER

  v.

SUSAN WASHBURN, Superintendent
Eastern Oregon Correctional
Institution,

    Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Youlee Yim You issued a Findings and Recommendation on October 24, 2022 in which she recommends that this Court deny Plaintiff's Petition for Writ of Habeas Corpus. F&R, ECF 27. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Petitioner filed timely objections to the Magistrate Judge's Findings and Recommendation. Pet. Obj., ECF 29. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation. [27] Therefore, Petitioner's Petition for Writ of Habeas Corpus [1] is DENIED.

IT IS SO ORDERED.

DATED:   November 30, 2022   .

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge